**Anthony JEAN, Petitioner–Appellant,**

v.

**John D. ASHCROFT, Attorney General, Respondent–Appellee.**

No. 02–7476.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 12, 2003.

Anthony Jean, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, George W. Maugans, Special Assistant United States Attorney, Baltimore, Maryland; Linda Susan Wendtland, Patrick Shen, United States Department of Justice, Washington, D.C., for Appellee.

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony Jean appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jean v. Ashcroft,* No. CA–02–2532–AW (D.Md. Sept. 26, 2002).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

\* We decline to address issues raised for the first time on appeal. *See Muth v. United*

*States,* 1 F.3d 246, 250 (4th Cir.1993).